Earl C. Muetterties, Appellant, v. City of Elgin, Appellee.

Gen. No. 10,143.

opinion filed April 18, 1947; rehearing denied June 23, 1947; released for publication June 23, 1947. Earl H. Gromer and William W. Brady, for appellant; W. Ben Morgan, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.